# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:10cr91/MCR

RANDALL BLAIR POPE

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this Defendant on Count One following a trial on January 6, 2011, the Defendant RANDALL BLAIR POPE is hereby ADJUDGED NOT GUILTY of the charge in Count One and this charge is hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 7th day of January, 2011.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITES STATES DISTRICT JUDGE